IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM/AK

DENNIS FRISKE,

    Defendant.
_____/

### ORDER TO UNSEAL OCTOBER 2008 SEARCH WARRANT FOR 20120 SW 191st AVENUE, ARCHER, FLORIDA

Upon consideration, Defendant Friske's unopposed motion (doc. 229) is granted. The search warrant and accompanying affidavit for the October 15, 2008 search of 20120 SW 191st Avenue, Archer, Florida, may be turned over in the discovery process.

SO ORDERED this 4th day of March, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge