IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM

WILLIAM J. ERICKSON,
DENNIS FRISKE,

    Defendants.
_____/

## ORDER DENYING MOTIONS FOR BILL OR PARTICULARS

This cause comes before the Court on the motions for bill of particulars filed by Defendants William J. Erickson (doc. 280) and Dennis Friske (doc. 277). The Government has filed responses in opposition (docs. 297 and 298). For the following reasons, the motions will be denied.

1. The purpose of a bill of particulars is threefold: (1) to inform the defendant of the charge against him with sufficient clarity to allow him to prepare a defense; (2) to minimize surprise at trial; and (3) to enable the defendant to plead double jeopardy in the event of a later prosecution for the same offense. United States v. Anderson, 799 F.2d 1438, 1441 (11th Cir. 1986).

2. A bill of particulars supplements an indictment by providing the

defendant with information necessary for trial preparation.  Id.  It should not be used to require the Government to provide a "detailed exposition of its evidence or to explain the legal theories upon which it intends to rely at trial."  United States v. Burgin, 621 F.2d 1352, 1359 (5th Cir. 1980).  Nor is it appropriate to seek through a bill of particulars information that is available through other sources, such as discovery.  United States v. Martell, 906 F.2d 555, 558 (11th Cir. 1990).

     3.     In this case, the indictment properly charges Defendants with violating Title 18, United States Code, Section 1512(c)(2), which covers attempts to hide or dispose of assets subject to forfeiture.  United States v. Wall, No. 07-10469, 285 Fed. Appx. 675, 683-84, 2008 WL 2795145  at *8 (11th Cir. July 21, 2008).

     4.     The Government has provided extensive discovery.  The Defendants also acknowledge that the Government has specified the audio tapes it intends to present at trial.  See docs. 251 and 256.

     5.     The indictment and discovery materials are sufficient to advise Defendants of the charges, allow Defendants to prepare a defense, and minimize surprise at trial.

     6.     Defendants raise double jeopardy concerns, but have not

CASE NO.: 1:08cr10-SPM

demonstrated a significant risk.

Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. The motions for bill of particulars (docs. 277 and 280) are denied

2. The motion for leave to file reply (doc. 299) is denied.

DONE AND ORDERED this 29th day of May, 2009.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge