IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM

DENNIS FRISKE,
  a/k/a Denny,

      Defendant.
_____/

## **ORDER ALLOWING DEFENDANT TO SELF-SURRENDER**

As a condition of the sentence imposed, and while awaiting commencement of the sentence, Defendant will remain on bond under the same conditions of release previously imposed and the following conditions: Defendant shall surrender to the United States Marshal in Madison, Wisconsin[1] at 12:00 o'clock noon on Thursday, October 8, 2009. In the event a place of confinement is designated by the United States Bureau of Prisons prior to the date scheduled for surrender to the United States Marshal, Defendant may voluntarily surrender at his own expense at the institution designated no later than 12:00 o'clock noon on Thursday, October 8, 2009. Failure to abide by any of the conditions of

---

[1] United States District Court, Western District of Wisconsin, 120 North Henry Street, Madison, WI 53701-0432, tel. (608) 661-8300.

release or failure to surrender to the Untied States Marshal or the institution, if designated, at the date set, will constitute a violation of the conditions of release, subject the bond to forfeiture, and subject Defendant to prosecution for violation of Title 18, United States Code, Sections 3146 (failure to appear), 3147 (offense committed while on release), and 3148 (sanctions for violation of release conditions). The bond is continued until the executed return of judgment is filed with the court at which time the bond is exonerated.

SO ORDERED this 10th day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge