IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 1:08cr10-SPM

DENNIS FRISKE,
  a/k/a Denny,

      Defendant.
_____/

## JUDGMENT OF ACQUITTAL

In accordance with the Mandate (doc. 642) issued by the United States Court of Appeals for the Eleventh Circuit, vacating Defendant's conviction and reversing the denial of his motion for judgment of acquittal, it is

ORDERED AND ADJUDGED:

1. The clerk shall vacate Defendant's Amended Judgment (doc. 450).

2. Defendant is acquitted of the charge against him and released from supervision.

DONE AND ORDERED this 16th day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge